### 35254. BRYANT et al. v. RANDALL.

PER CURIAM.

We determine that the issues in this appeal have been rendered moot by the decision rendered in *Bryant v. Randall,* 244 Ga. 676 (1979). The previous judgment in favor of appellants having been reversed in the cross appeal in that case, appellant's garnishments based on that judgment must fall. Appellants having lost their case on appeal, all costs of the appeal are properly taxable to them. Code Ann. § 6-1704.

*Appeal dismissed. All the Justices concur.*

SUBMITTED AUGUST 10, 1979 — DECIDED
FEBRUARY 6, 1980.

*Michael N. Mantegna,* for appellants.
*Louis F. McDonald,* for appellee.